Brian S. King, Esq. (*pro hac vice*)
**BRIAN S. KING, P.C.**
420 E South Temple, Ste 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936

David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484

Attorneys for Plaintiff,
F.R., and C.R.

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.R., and C.R.,<br><br>    Plaintiffs,<br><br>v.<br><br>CALIFORNIA PHYSICIANS SERVICE,<br><br>    Defendant. | Case No. 3:21-cv-01696 - EMC<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Edward M. Chen |

    The parties to the above-captioned litigation, by and through their respective counsel of record, hereby stipulate as follows:

    WHEREAS, **F.R., and C.R.** have reached a confidential agreement to settle and resolve their claims against Defendant **California Physicians Service** related to the above-captioned matter;

NOW, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs **F.R. and C.R.** and Defendant **California Physicians Service** hereby jointly stipulate to the dismissal of this action, with prejudice. Each party is to bear its own respective costs and attorneys' fees associated with the action.

**IT IS SO STIPULATED.**

Dated: February 4, 2022          Respectfully submitted,

**BRIAN S. KING, P.C.**

By: /s/ *Brian S. King*
Attorneys for Plaintiffs, F.R. and C.R.

Dated:  February 4, 2022          MANATT, PHELPS & PHILLIPS, LLP

By: *s/ Ima E. Nsien*
 Joseph E. Laska
 Gregory Pimstone
 Ima Nsien
 Attorneys for Defendant
 CALIFORNIA PHYSICIANS SERVICE

*Under Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 8, 2022                           _____
                                                  Hon. Edward M. Chen

2
**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**          Case No. 3:21-cv-01696 - EMC